Date signed September 28, 2015



# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Greenbelt

| In Re: | * | | |
|---|---|---|---|
| | * | Case No. | 15-19273PM |
| KARL RICHARD JOHNSON | * | Chapter | 13 |
| | * | | |
| | * | | |
| Debtor(s) | * | | |

## MEMORANDUM TO COUNSEL

Upon consideration of counsel's response to the court's Order to Justify Fee and the record herein, the court has determined to take no further action with respect to counsel's fee.  However, counsel is reminded that Bankruptcy Rule 2016(b) requires a supplemental statement after any payment or agreement not previously disclosed.

cc:   Counsel for Debtor - Victor Palmeiro
      Debtor
      Trustee
      U.S. Trustee

**End of Memorandum**